# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA; BRANCH TOWNSHIP, | : | No. 9 MM 2021 |
| | : | |
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT J. JONES, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of April, 2021, the "Application for Retroactive Extension of Time to File for Reconsideration" is DENIED.